IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

IVAN HERNANDEZ,

    Plaintiff,

v.

                                                                   No. 22-cv-0192 MIS-KRS

CURRY COUNTY DETENTION, *et al*,

    Defendants.

## ORDER TO CURE DEFICIENCY

This matter is before the Court on Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. 2). The Motion is deficient because it does not include a six-month inmate account statement, as required by 28 U.S.C. § 1915(a)(2). Within thirty (30) days of entry of this Order, Plaintiff shall submit an inmate account statement reflecting transactions between September 16, 2021 and March 16, 2022. All filings must include the case number (No. 22-cv-0192 MIS-KRS). The failure to timely comply with this Order may result in dismissal of this action without further notice.

**IT IS ORDERED** that within thirty (30) days of entry of this Order, Plaintiff shall file a certified inmate account as set forth above.

_____
UNITED STATES MAGISTRATE JUDGE